Certificate Number: 05781-TNW-DE-041298885

Bankruptcy Case Number: 26-23197



05781-TNW-DE-041298885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 7, 2026</u>, at <u>9:10</u> o'clock <u>AM PDT</u>, <u>Kaley Matthews</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Tennessee</u>.

Date:   <u>August 7, 2026</u>          By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>